IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUENTIN T. JONES, | : |
| Plaintiff, | : |
| v. | : Civ. No. 18-700-LPS |
| DEPARTMENT OF CORRECTION, et al., | : |
| Defendants. | : |

**MEMORANDUM ORDER**

At Wilmington, this 17th day of October, 2018, having considered the pending motions (D.I. 13, 14);

IT IS ORDERED that: (1) Plaintiff's letter/motion to exclude (D.I. 13) is GRANTED; (2) Plaintiff's motion to amend (D.I. 14) is DENIED without prejudice to renew; and (3) Major Brenna, Major Senato, Staff Lt. Sennett, and Michael Little are DISMISSED as Defendants, for the following reasons:

1. Plaintiff Quentin T. Jones ("Plaintiff"), an inmate at the James T. Vaughn Correctional Center in Smyrna, Delaware, who proceeds *pro se* and was granted *in forma pauperis* status, filed this action on May 9, 2018. (D.I. 3) On August 31, 2018, he filed an amended complaint followed by three supplements to the amended complaint. (D.I. 7, 8, 9, 10)

2. Plaintiff filed a letter/motion for dismissal of Defendants Major Brennan, Major Senato, Staff Lt. Sennett, and Michael Little. (D.I. 13) The Court construes the letter as a motion to voluntarily dismiss these defendants pursuant to Fed. R. Civ. P. 41. The motion will be granted. The motion also seeks to dismiss Warden D. Metzger as a defendant. However, he is not a named defendant.

1

3. Plaintiff filed a second letter/motion to add and terminate parties. (D.I. 14) Given that Plaintiff seeks to add new parties, the letter/motion is construed as a motion to amend. Local Rule 15.1 provides that a party who moves to amend a pleading shall attach to the motion: (1) the proposed pleading as amended, complete with a handwritten or electronic signature; and (2) a form of the amended pleading which indicates in what respect it differs from the pleading which it amends, by bracketing or striking through materials to be deleted and underlining materials to be added. Plaintiff did not comply with the Court's Local Rule. Accordingly, the Court will deny the motion without prejudice to renew. Should Plaintiff seek to file an amended complaint, it shall contain all parties and all claims in one pleading.

_____
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE